■ In the Matter of CHILDREN OF BEDFORD, INC., et al., Appellants, v ANGELO PETROMELIS et al., Constituting the New York State Crime Victims Board, Respondents.—Order and judgment (one paper), Supreme Court, New York County (Jacqueline Silbermann, J.), entered on June 15, 1989, unanimously affirmed, for the reasons stated by Jacqueline Silbermann, J., without costs and without disbursements. Concur—Kupferman, J. P., Ross, Asch and Ellerin, JJ. [See, 161 AD2d 503.]

■ In the Matter of NICHOLAS C. WASICSKO, as Mayor of the City of Yonkers, Respondent, v NICHOLAS V. LONGO, as Chairman of the Rules Committee of the Yonkers City Council, Appellant.—Order, Supreme Court, Westchester County (Donald Silverman, J.), entered on April 27, 1989, unanimously affirmed, for the reasons stated by Donald Silverman, J., without costs and without disbursements. Concur—Ross, J. P., Milonas, Kassal, Wallach and Rubin, JJ.

(May 16, 1990)

■ In the Matter of CHARLES FISCHER, for Reinstatement.— Petition granted, and the name of petitioner is restored to the roll of attorneys and counselors-at-law and he is hereby reinstated as a member of the Bar and admitted to practice in all the courts of this State, effective May 16, 1990. Concur—Murphy, P. J., Kupferman, Carro, Smith and Rubin, JJ.